```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000206560 / 1984-01-06

Title:             Hanafuda/Jasper Johns / a film by Katrina Martin.

Imprint:           New York : Martin,  c1981.

Description:       1 film reel (35 min.) : sd., col. ; 16 mm.

Copyright Claimant:
                   Katrina Martin

Date of Creation:  1981

Date of Publication:
                   1982-01-01

Date in Notice:    notice: 1981

Names:             Martin, Katrina, 1950-

================================================================================
```