AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Katrina Martin | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-05982-MKV |
| New American Cinema Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Katrina Martin                               .

Date: 15 August 2022

/Erik Dykema/
*Attorney's signature*

Erik Dykema
*Printed name and bar number*
295 Madison Avenue, New York, New York 10017

*Address*

erik@bochnerip.com
*E-mail address*

646-971-0685
*Telephone number*

*FAX number*

[Print]   [Save As...]                             [Reset]