

**Erik Dykema, Esq.**
**BOCHNER IP, PLLC**
295 Madison Avenue, 12ᵀᴴ Floor, New York, NY 10017
o 646.971.0685   e erik@bochnerip.com   w bochnerip.com

February 9, 2023

**VIA ECF**

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Rm 1920
New York, NY 10007

    Re:    ***Katrina Martin v. New American Cinema Group, Inc. et al***
              **1:2022-cv-05982-MKV-JLR**

Dear Judge Rochon:

    Plaintiff Katrina Martin ("Plaintiff"), with the consent of Defendants, respectfully submits this letter requesting a 30-day extension of all remaining discovery deadlines pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice. The original deadlines and corresponding extended deadlines are outlined in the table below. This is the parties' first joint request for an extension of time. A proposed Revised Civil Case Management Plan and Scheduling Order is attached hereto.

| Discovery Task | Current Deadline | Extended Deadline |
|---|---|---|
| Initial ROGs and RFAs to be served | February 7, 2023 | March 9, 2023 |
| Depositions to be complete | March 7, 2023 | April 6, 2023 |
| End of Fact Discovery | March 7, 2023 | April 6, 2023 |
| Plaintiff's Expert Disclosures | March 21, 2023 | April 20, 2023 |
| Defendant's Expert Disclosures | March 28, 2023 | April 27, 2023 |
| All Expert Discovery Completed | April 21, 2023 | May 22, 2023 |

    We thank the Court for its time and consideration in this matter.

                  Respectfully submitted,

                  <u>/s/ Erik Dykema</u>
                  Erik Dykema, Esq.
                  Serge Krimnus, Esq.
                  *Attorneys for Plaintiff*