UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATRINA MARTIN,

    Plaintiff,

v.

NEW AMERICAN CINEMA GROUP, INC, MARIE SERRA, a/k/a MM SERRA,

    Defendants.

No. 22-cv-05982-JLR

JUDGMENT

WHEREAS Plaintiff KATRINA MARTIN ("Plaintiff"), filed the Complaint in this matter for claims including Copyright Infringement and Breach of Contract [ECF 7] on July 14, 2022;

WHEREAS this Court, on February 15, 2023 issued an Opinion & Order [ECF 38] dismissing Plaintiff's claims *other than* the claims for Copyright Infringement and Breach of Contract;

WHEREAS on June 2, 2023, Defendants made an Offer of Judgment pursuant to Fed. R. Civ. P. 68;

WHEREAS on June 13, 2023, Plaintiff accepted said Offer of Judgment; and

WHEREAS on August 8, 2023, Plaintiff brought this matter before the Court on an application for a judgment [ECF 52] pursuant to the Offer of Judgment;

It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to the Offer of Judgment made by Defendants and accepted by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendants in the amount of $1,200.

DATED:	New York, New York

August _____, 2023

_____
United States District Judge