UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATRINA MARTIN,<br><br>          Plaintiff,<br><br>    v.<br><br>NEW AMERICAN CINEMA GROUP, INC, MARIE SERRA, a/k/a MM SERRA,<br><br>          Defendants. | No. 22-cv-05982-JLR<br><br>**JUDGMENT** |

WHEREAS Plaintiff KATRINA MARTIN ("Plaintiff"), filed the Complaint in this matter for claims including Copyright Infringement and Breach of Contract [ECF 7] on July 14, 2022;

WHEREAS this Court, on February 15, 2023 issued an Opinion & Order [ECF 38] dismissing Plaintiff's claims *other than* the claims for Copyright Infringement and Breach of Contract;

WHEREAS on June 2, 2023, Defendants made an Offer of Judgment pursuant to Fed. R. Civ. P. 68;

WHEREAS on June 13, 2023, Plaintiff accepted said Offer of Judgment; and

WHEREAS on August 8, 2023, Plaintiff brought this matter before the Court on an application for a judgment [ECF 52] pursuant to the Offer of Judgment;

It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to the Offer of Judgment made by Defendants and accepted by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendants in the amount of $1,200.

IT IS HEREBY ORDERED that, in light of the parties' agreed-upon judgment, the motion for class certification (ECF No. 43) is DENIED as moot. IT IS FURTHER ORDERED that the August 15, 2023 conference is adjourned without date.

New York, New York

DATED:    August __9__, 2023

_Jennifer Rochon_
United States District Judge