

**Serge Krimnus, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

**o** 646.971.0685 **e** serge@bochner.law **w** bochner.law

September 27, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The request for oral argument is GRANTED.  Oral argument shall be held on **January 16, 2024**, at 3:00 p.m. in Courtroom 20B, 500 Pearl Street, New York, NY 10007.

Dated: January 8, 2024
　　　　New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

　　Re:　*Martin v. New American Cinema Group et al*
　　　　　*Civil Action No. 1:22-cv-5982*

Dear Judge Rochon,

　　We represent Plaintiff Katrina Martin ("Plaintiff") in the above referenced matter. Pursuant to Rule 3(G) of Your Honor's Individual Rules of Practice, Plaintiff respectfully requests oral argument on Plaintiff's Motion for Attorneys' Fees [ECF 51].

　　We thank the court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Serge Krimnus
　　　　　　　　　　　　　　　　　　　Erik Dykema, Esq.
　　　　　　　　　　　　　　　　　　　Serge Krimnus, Esq.